IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ROBERT W. HILL, JR.,

   Defendant.

CRIMINAL FILE NO.
1:09-CR-199-TWT

ORDER

This is a criminal case in which the Defendant, then a Fulton County Deputy Sheriff at the Fulton County Jail, is accused of assaulting an inmate. It is before the Court on the Report and Recommendation [Doc. 46] of the Magistrate Judge recommending denying the Defendant's Motions to Dismiss [Docs. 19, 20, 21 and 22] the Indictment. For the reasons set forth in the thorough and well reasoned Report and Recommendation of the Magistrate Judge, the Indictment complies with Rule 7(c)(1) of the Federal Rules of Criminal Procedure. The Indictment fairly informs the Defendant of the charges against him so that he may enter a plea that bars any future prosecution for those offenses. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. The

Defendant's Motions to Dismiss [Docs. 19, 20, 21 and 22] the Indictment are DENIED.

SO ORDERED, this 13 day of January, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge