IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ROBERT W. HILL, JR.,

    Defendant.

CRIMINAL FILE NO.
1:09-CR-199-TWT

ORDER

This is a criminal case in which the Defendant, then a Fulton County Deputy Sheriff at the Fulton County Jail, is accused of assaulting an inmate. It is before the Court on the Report and Recommendation [Doc. 47] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements [Doc. 18]. The Magistrate Judge correctly applied Garrity v. New Jersey, 385 U.S. 493 (1967) to the facts of this case. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 18] is DENIED.

SO ORDERED, this 13 day of January, 2010.

                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        United States District Judge